UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIANNA GARZA, et al., | |
| Plaintiffs, | |
| v. | C21-1234 TSZ |
| AMERICAN FAMILY INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having determined that this action is related to *American Family Insurance Company v. Garza et al.*, 2:21-cv-01210-TSZ, and having reviewed the Minute Entry Setting Initial Case Management Dates, docket no. 5, the Court hereby RESETS the following deadlines in this action to reflect the deadlines in the related case:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | October 25, 2021 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | November 8, 2021 |
| Combined Joint Status Report and Discovery Plan | November 8, 2021 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 24th day of September, 2021.

Ravi Subramanian<br>
Clerk

s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2